1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARO B. GROSS,<br><br>                                    Plaintiff,<br><br>v.<br><br>JOCELYN MICHELS STUFFLEBEAN;<br>JOHN STUFFLEBEAN; DAVID I.<br>GROSS; MIEKE STRAND; LAUREN E.<br>JONES; JULIE A. AMEDE; JOSEPH F.<br>DERROUGH; WILLIAM HOYT; and<br>BART CALL,<br><br>                                    Defendants. | Case No.:  21-CV-2109 JLS (DEB)<br><br>**ORDER DISMISSING ACTION<br>WITHOUT PREJUDICE** |

On February 3, 2022, the Court granted  Defendants Jocelyn Michels Stufflebean, John Stufflebean, David I. Gross, Mieke Strand, Lauren E. Jones, and Bart Call's unopposed Motion to Dismiss.  *See* ECF No. 13 (the "Order").  The Order granted Plaintiff twenty-eight days in which to file an amended complaint and cautioned: "***Should Plaintiff fail to file an amended pleading in accordance with this Order, the Court will enter a final order dismissing this civil action based on Plaintiff's failure to prosecute in compliance with a court order requiring amendment.***"  Order at 3 (emphasis in original) (citation omitted).

/ / /

1

Notwithstanding the foregoing, Plaintiff has failed to file an amended complaint in accordance with the Order.  Accordingly, the Court **DISMISSES** this action **WITHOUT PREJUDICE**.  The Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated:  March 8, 2022

Hon. Janis L. Sammartino
United States District Judge

21-CV-2109 JLS (DEB)